EDWARD SAUTER, Individually and as Administrator of the Estate of FLORENCE E. SAUTER, Deceased, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued February 28, 1939; decided April 4, 1939.

*William C. Chanler*, Corporation Counsel (*Paxton Blair* and *Edward J. McGratty, Jr.*, of counsel), for appellant.

*Bernard Budnick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and FINCH, JJ.